UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **NANCY M. SWAINBANK,** : | |
| Plaintiff : | |
| : | |
| v. : | File No. 1:06-CV-248 |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| **Commissioner Social Security** : | |
| **Administration,** : | |
| Defendant : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed February 21, 2008. (Paper 17.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). The decision of the Commissioner of the Social Security Administration is AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 18th day of March, 2008.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge